✎AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

_____   DISTRICT OF   Nevada

Raafat Mohammadkhani,

                      Plaintiff,

        V.

James M. Anthony, et al.,

                  Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number:  2:02-cv-00095-KJD-LRL

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and  a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

   IT IS ORDERED AND ADJUDGED

that the Court awards attorney fees of $50,000.00 in favor of Defendants James M. Anthony and University Medical Center, and jointly and severally against Plaintiff Raafat Mohammadkhani and her attorney, Randal M. Rumph, Esquire.

 

March 25, 2011

_____
Date

/s/ Lance S. Wilson
_____
Clerk

/s/ Erin Smith
_____
(By) Deputy Clerk