✎AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

| DISTRICT OF | Nevada |

RAAFAT MOHAMMADKHANI,

**AMENDED**
**JUDGMENT IN A CIVIL CASE**

Plaintiff,

V.

JAMES M. ANTHONY,

Case Number: 2:02-cv-00095-KJD-LRL

Defendant.

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that the Court awards attorney fees of $50,000, taxed costs already awarded of $37,745.95, and non-taxable costs of $19,948.63, jointly and severally, against Plaintiff Raafat Mohammadkhani and her attorney, Randall M. Rumph, Esq.

March 31, 2011

/s/ Lance S. Wilson

Date

Clerk

/s/ Michael Zadina

(By) Deputy Clerk